

Thane W. Tienson, WSB #13310
ttienson@landye-bennett.com
LANDYE BENNETT BLUMSTEIN LLP
1300 SW 5th Avenue, Ste. 3500
Portland, OR 97201
503.224.4100
503.224.4133 (Facsimile)

*Of Attorneys for Plaintiff*

07-CV-05534-ORD



IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| **COREY S. COLES,**<br><br>                    Plaintiff,<br><br>v.<br><br>**TIDEWATER BARGE LINES, INC.,**<br><br>                    Defendant. | Case No. C07-5534 RJB<br><br>**AGREED MOTION AND ORDER EXTENDING DISCOVERY DEADLINES BY THIRTY DAYS**<br><br>**Note on Motion Calendar: June 2, 2008** |

Based upon the provisions of Fed.R.Civ.P. 6(b) and CR 7(b) and (d) and CR 10(g), plaintiff and defendant move the Court for an Order extending the discovery deadlines in this case by an additional thirty (30) days. Despite continuing diligent efforts, scheduling difficulties have prevented the parties from completing discovery. The depositions of the parties were completed on May 30, 2008. Additional discovery requests were then submitted and the transcripts ordered, but they will not be available for expert witnesses to review until after the

//////

//////

//////

//////

Page 1 -  AGREED MOTION AND ORDER EXTENDING DISCOVERY DEADLINES BY THIRTY DAYS

*462533.DOC.12258-003*

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224.4100
503.224.4133 (facsimile)

deadline presently set for submission of expert reports. Therefore, the parties request that they be given an additional thirty (30) days to complete discovery.

DATED this 2nd day of June, 2008.

LANDYE BENNETT BLUMSTEIN LLP

By: /s/ Thane W. Tienson
Thane W. Tienson, P.C., WSBA #13310
*Of Attorneys for Plaintiff*

**IT IS SO ORDERED.**

DATED this ___ day of June, 2008.

_____
U.S. District Court Judge

Page 2 -   AGREED MOTION AND ORDER EXTENDING DISCOVERY DEADLINES BY THIRTY DAYS

462533.DOC.12258-003

LANDYE BENNETT BLUMSTEIN LLP
*Attorneys at Law*
1300 SW Fifth Avenue, Suite 3500
Portland, Oregon 97201
503.224-4100
503.224-4133 (facsimile)